Joshua N. Eppich
Texas Bar I.D. No. 24050567
Eric T. Haitz
Texas Bar I.D. No. 24101851
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

COUNSEL FOR THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NOC, INC., | § | Case No. 23-40255-elm |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |
| **DANIEL J. SHERMAN, AS LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST OF NOC, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 25-04024-elm |
| | § | |
| U.S. PECANS, LTD. | § | |
| | § | |
| Defendant. | § | |

**STIPULATION FOR AN EXTENSION**
**OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Daniel J. Sherman, in his capacity as the liquidating trustee (the "Trustee") for the Liquidating Trust of NOC, Inc., Plaintiff herein, and U.S. Pecans, Ltd., the Defendant herein (the

"Defendant"), by and through their undersigned counsel, file this *Stipulation for an Extension of Time to Answer, Move or Otherwise Reply*, and respectfully state as follows:

1. On January 30, 2025, the Trustee initiated the above-referenced adversary proceeding against the Defendant by filing a Complaint [Docket No. 1].

2. The summons was issued on January 31, 2025 [Docket No. 2] and the Defendant's answer or responsive pleading is due on March 3, 2025 (the "Deadline").

3. The Trustee and the Defendant have agreed to extend the Deadline to answer, move or otherwise reply to Plaintiff's Original Complaint with respect to the Defendant until April 2, 2025.

4. The Trustee and Defendant request that the Court take notice of this Stipulation and extend the Deadline. This deadline extension is without prejudice to the Defendant seeking a further extension of the Deadline by agreement or otherwise.

**DATED** this 26th day of February, 2025.

                **STIPULATED AND AGREED:**

                */s/ Eric T. Haitz*
                Joshua N. Eppich
                Texas Bar I.D. No. 24050567
                Eric T. Haitz
                Texas Bar I.D. No. 24101851
                Bonds Ellis Eppich Schafer Jones LLP
                420 Throckmorton Street, Suite 1000
                Fort Worth, Texas 76102
                (817) 405-6900 telephone
                (817) 405-6902 facsimile
                Email: joshua@bondsellis.com
                Email: eric.haitz@bondsellis.com

                **COUNSEL FOR THE TRUSTEE**

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com


By: */s/ Harrel L. Davis*
      Harrel L. Davis III
      State Bar No. 05567560
      Attorneys for Defendant

3